UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
CDO Plus Master Fund Ltd.,

       Plaintiff,

   -against-

Wachovia Bank, National Association,

       Defendant.
------------------------------------------------------------------ x

**JUDGE SWAIN**

**07 CV 11078**

Civil Action No.:
ECF Case

**RULE 7.1 DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that Defendant Wachovia Bank, National Association. is a wholly-owned subsidiary of Wachovia Corporation, a financial services holding company which is a publicly traded corporation on the New York Stock Exchange under the symbol WB.

  No publicly held corporations own 10% or more of Wachovia Corporation stock.

Dated: New York, New York
   December 7, 2007

          HUNTON & WILLIAMS LLP

      By: _____
        Shawn Patrick Regan
        200 Park Avenue, 52nd Floor
        New York, New York 10166
        (212) 309-1000
        sregan@hunton.com

      -and-

      Patrick L. Robson
      HUNTON & WILLIAMS LLP
      Bank of America Plaza
      101 S. Tyson Street, Suite 3500
      Charlotte, North Carolina 28280
      (704) 378-4700
      probson@hunton.com

      *Attorneys for Defendant Wachovia Bank, National Association*

RECEIVED DEC 0 7 2007 U.S.D.C. S.D.N.Y. CASHIERS