Shawn Patrick Regan
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York  10166
(212) 309-1000
sregan@hunton.com

-and-

Patrick L. Robson
HUNTON & WILLIAMS LLP
Bank of America Plaza
101 S. Tyson Street, Suite 3500
Charlotte, North Carolina  28280
(704) 378-4700
probson@hunton.com

*Attorneys for Defendant Wachovia Bank, National Association*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CDO Plus Master Fund Ltd.,

                           Plaintiff,

                           -against-

Wachovia Bank, National Association,

                           Defendant.
-----------------------------------------------------------------x

07 CV 11078 (LTS)(AJP)
ECF Case

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to any and all defenses to be raised pursuant to Fed. R. Civ. P. 12, Patrick L. Robson hereby appears on behalf of Defendant Wachovia Bank, National Association, in the above-captioned action.  All papers in this action shall be served upon Patrick L. Robson.

Dated: December 4, 2007
      New York, New York

                                      HUNTON & WILLIAMS LLP

By: _____
     Patrick L. Robson
     HUNTON & WILLIAMS LLP
     Bank of America Plaza
     101 S. Tyson Street, Suite 3500
     Charlotte, North Carolina  28280
     (704) 378-4700
     probson@hunton.com

     -and-

     Shawn Patrick Regan
     200 Park Avenue, 52nd Floor
     New York, New York  10166
     (212) 309-1000
     sregan@hunton.com

     *Attorneys for Defendant Wachovia Bank,*
      *National Association*

TO:    Terence W. McCormick, Esq.
        Mintz & Gold LLP
        470 Park Avenue South
        10th Floor North
        New York, NY  10016-6819
        (212) 696-4848

        *Counsel for Plaintiff*

## DECLARATION OF SERVICE

Raymond E. Galbraith, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the law firm of Hunton & Williams LLP, attorneys for Defendant Wachovia Bank, National Association.

That on December 11, 2007, I served a true copy of the attached Notice of Appearance on counsel of record listed below via the Court's ECF System and via First Class Mail, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2007.

Raymond E. Galbraith

TO: Terence W. McCormick, Esq.
Mintz & Gold LLP
470 Park Avenue South
10th Floor
New York, NY 10016-6819

*Attorneys for Plaintiff
CDO Plus Master Fund Ltd.*