UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
CDO Plus Master Fund Ltd.,                                         :
                                                                    :
                              Plaintiff,                            :
                                                                    :     07 CV 11078 (LTS)(AJP)
            -against-                                               :
                                                                    :     **DECLARATION OF SERVICE**
Wachovia Bank, National Association,                               :
                                                                    :
                              Defendant.                            :
------------------------------------------------------------------- x

      Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

      I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant Wachovia Bank, National Association.

      That on December 7, 2007 I served a true copy of the following documents:

- Notice of Removal;
- Rule 7.1 Disclosure Statement;
- Civil Cover Sheet;
- Individual Practice Rules of the Honorable Laura Taylor Swain;
- Individual Practice Rules of Magistrate Judge Andrew J. Peck;
- 3rd Amended Instructions for filing an Electronic Case or Appeal;

on Plaintiff's counsel at the address listed below, via First Class Mail, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2007

*[signature]*
Bradford C. Mulder

TO: Terence W. McCormick, Esq.
Mintz & Gold LLP
470 Park Avenue South
10th Floor
New York, NY 10016-6819

*Attorneys for Plaintiff*
*CDO Plus Master Fund Ltd.*