AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

CDO PLUS MASTER FUND LTD.,

Plaintiff,

- against -

WACHOVIA BANK,
NATIONAL ASSOCIATION,

Defendant.

**APPEARANCE**

Case Number: 07 Civ. 11078 (LTS)(AJP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CDO Plus Master Fund Ltd., Plaintiff

I certify that I am admitted to practice in this court.

| 12/12/2007 | *Terence W. McCormick* |
| Date | Signature |

| Terence William McCormick | TM-2713 |
| Print Name | Bar Number |

Mintz & Gold LLP - 470 Park Ave. South - 10th Floor North
Address

| New York | N.Y. | 10016-6819 |
| City | State | Zip Code |

| (212) 696-4848 | (212) 696-1231 |
| Phone Number | Fax Number |

E-Mail: mccormick@mintzandgold.com