**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CDO PLUS MASTER FUND LTD.,                          :
                                                    :    07 Civ. 11078 (LTS)(AJP)
                      Plaintiff,      :
                                                    :
    - against -                                    :
                                                    :    **ECF CASE**
WACHOVIA BANK,                                      :
NATIONAL ASSOCIATION,                               :
                                                    :
                      Defendant.      :
------------------------------------------------------------X

## DISCLOSURE STATEMENT UNDER RULE 7.1

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff, CDO Plus Master Fund Ltd., (currently known as VCG Special Opportunities Master Fund Limited, and a private non-governmental party) certifies that Plaintiff has no parent companies and no publicly traded corporation owns 10% or more of its stock.

Dated: New York, New York
       December 12, 2007

                                  **MINTZ & GOLD LLP**

                                By: /s/ Terence W. McCormick
                                   Steven G. Mintz (SM 5428)
                                   Terence W. McCormick (TM 2713)
                                   470 Park Avenue South
                                   10th Floor North
                                   New York, NY 10016-6819
                                   Tel: (212) 696-4848
                                   Fax: (212) 696-1231
                                   mccormick@mintzandgold.com
                                   mintz@mintzandgold.com
                                   *Attorneys for Plaintiff*
                                   *CDO Plus Master Fund Ltd.*