AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

CDO PLUS MASTER FUND LTD.,

Plaintiff,

**APPEARANCE**

- against -

Case Number:  07 Civ. 11078 (LTS)(AJP)

WACHOVIA BANK,
NATIONAL ASSOCIATION,

Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CDO Plus Master Fund Ltd., Plaintiff

I certify that I am admitted to practice in this court.

| 12/12/2007 | | |
|---|---|---|
| Date | Signature | |
| | Steven G. Mintz | SM-5428 |
| | Print Name | Bar Number |
| | Mintz & Gold LLP - 470 Park Ave. South - 10th Floor North | |
| | Address | |
| New York | N.Y. | 10016-6819 |
| City | State | Zip Code |
| | (212) 696-4848 | (212) 696-1231 |
| | Phone Number | Fax Number |

E-Mail:  mintz@mintzandgold.com