USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 7 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CDO Plus Master Fund Ltd.,

      Plaintiff,

  -against-

Wachovia Bank, National Association,

      Defendant.
------------------------------------------------------------------x

07 CV 11078 (LTS)(AJP)
ECF Case

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that the time within which Defendant Wachovia Bank, National Association shall answer, move with respect to, or otherwise respond to the complaint in this action is extended to and including January 18, 2008. It is further stipulated and agreed that Wachovia will not assert, in an Answer or motion, defenses under Fed. R. Civ. P. 12(b)(4) or (5).

Dated: New York, New York
   December 13, 2007

| MINTZ & GOLD LLP | HUNTON & WILLIAMS LLP |
|---|---|
| By: _Terence W. McCormick_ <br> Terence W. McCormick | By: _____ <br> Shawn Patrick Regan <br> Patrick L. Robson |
| 470 Park Avenue South <br> 10th Floor North <br> New York, NY 10016-6819 <br> (212) 696-4848 | 200 Park Avenue, 52nd Floor <br> New York, New York 10166 <br> (212) 309-1000 |
| *Counsel for Plaintiff* | *Attorneys for Defendant Wachovia Bank, National Association* |

**SO ORDERED:**

_____ 12/17/2007
Honorable Laura T. Swain, U.S.D.J.