```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

CDO PLUS MASTER FUND LTD.,               :

             Plaintiff,                 :           07 Civ. 11078 (LTS) (AJP)

            -against-                 :           <u>ORDER</u>

WACHOVIA BANK NATIONAL ASSOCIATION,      :

            Defendant.                 :

------------------------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

        This case has been referred to me by Judge Swain for general pretrial purposes, including settlement.

        The parties are advised to provide my chambers with a courtesy copy of all papers hereafter filed with the Court in this matter.

        If the parties have any discovery problems, they shall contact my chambers (by faxed letter or by calling chambers 212-805-0036); additionally, if counsel prefer "regularly" scheduled status conferences (approximately every 4-6 weeks), they shall advise my chambers.

        The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

        SO ORDERED.

DATED:    New York, New York
             March 11, 2008

                                          Andrew J. Peck
                                          United States Magistrate Judge

Copies **by fax & ECF** to:    Steven G. Mintz, Esq.
                                   Terence W. McCormick, Esq.
                                   Shawn Patrick Regan, Esq.
                                   Patrick L. Robson, Esq.
                                   Judge Laura Taylor Swain

C:\ORD\Referral Notice