UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/18/08

------------------------------------- x

CDO PLUS MASTER FUND LTD.,                :

               Plaintiff,                :

-against-                :

WACHOVIA BANK NATIONAL ASSOCIATION,    :

               Defendant.               :

------------------------------------- x

07 Civ. 11078 (LTS) (AJP)

ORDER SCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for June 9, 2008 at 2:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:      New York, New York
              April 18, 2008

                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    Steven G. Mintz, Esq.
                                  Terence W. McCormick, Esq.
                                  Shawn Patrick Regan, Esq.
                                  Patrick L. Robson, Esq.
                                  Judge Laura Taylor Swain

C:\ORD\Order Scheduling Status Conference