UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/18/08

------------------------------------- x

CDO PLUS MASTER FUND LTD., :

          Plaintiff, :    07 Civ. 11078 (LTS) (AJP)

      -against- :    **ORDER**

WACHOVIA BANK NATIONAL ASSOCIATION, :

          Defendant. :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

The July 24, 2008 conference is adjourned. Instead, a discovery/status conference will be held on August 4, 2008 at 11:30 a.m.

      SO ORDERED.

Dated:    New York, New York
          July 18, 2008

                                                         **Andrew J. Peck**
                                                         United States Magistrate Judge

Copies **by fax & ECF** to:   Steven G. Mintz, Esq.
                                  Terence W. McCormick, Esq.
                                  Shawn Patrick Regan, Esq.
                                  Patrick L. Robson, Esq.
                                  Judge Laura Taylor Swain

C:\OPIN\