UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                   :

CDO Plus Master Fund Ltd.,                  :

                  Plaintiff,         :             07 CV 11078 (LTS)(AJP)
                                   :                ECF Case

                  -against-        :

Wachovia Bank, National Association,     :

                  Defendant.      :
------------------------------------------------------------------x

---

## WACHOVIA BANK'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS

---

       PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(c) and

based upon the accompanying Declaration of Patrick L. Robson, dated July 24, 2008, with

exhibits, the accompanying Memorandum of Law, and all pleadings and proceedings had herein,

Defendant Wachovia Bank, National Association ("Wachovia"), by and through its undersigned

counsel, hereby respectfully moves this Court for an Order dismissing each claim set forth in

Plaintiff's Amended Complaint, dated January 12, 2008 and filed January 15, 2008 (Dkt. 11);

granting Defendant judgment on its Counterclaim, dated and filed February 15, 2008 (Dkt. 13);

and awarding Defendant $1,030,861.12, plus interest, and all costs associated with the collection

of amounts due under the Agreement that is the subject of this case, including, but not limited to,

attorneys' fees.

We hereby certify that, pursuant to Rule 2.B of the Individual Practices of Judge Laura T. Swain, Wachovia used its best efforts to resolve the matters raised in this motion informally prior to moving. These efforts included an exchange of letters and telephone calls with counsel for Plaintiff, Terence W. McCormick, Esq.

Dated:  Charlotte, North Carolina
       July 24, 2008

HUNTON & WILLIAMS LLP

By:  ___/s/ Patrick L. Robson___
Shawn Patrick Regan
200 Park Avenue, 52nd Floor
New York, New York  10166
(212) 309-1000
sregan@hunton.com

-and-

Patrick L. Robson
HUNTON & WILLIAMS LLP
Bank of America Plaza
101 S. Tyson Street, Suite 3500
Charlotte, North Carolina  28280
(704) 378-4700
probson@hunton.com

*Attorneys for Defendant*
*Wachovia Bank, National Association*

## **DECLARATION OF SERVICE**

Raymond E. Galbraith, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the law firm of Hunton & Williams LLP, attorneys for Defendant Wachovia Bank, National Association.

That on July 24, 2008, I served a true copy of the attached Notice of Motion for Judgment on the Pleadings, on counsel of record listed below via the Court's ECF System, and via First Class Mail, to the address listed below, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2008.

        /s/ Raymond E. Galbraith
        Raymond E. Galbraith

TO:    Terence W. McCormick, Esq.
       Steven Glen Mintz, Esq.
       Mintz & Gold LLP
       470 Park Avenue South
       10th Floor
       New York, NY  10016-6819

       *Attorneys  for Plaintiff*
       *CDO Plus Master Fund Ltd.*