UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CDO PLUS MASTER FUND LTD.,

          Plaintiff,

-against-

WACHOVIA BANK, NATIONAL ASSOCIATION,

          Defendant.
------------------------------------------------------------X

07 Civ. 11078 (LTS)(AJP)
ECF Case

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 12 2008

WHEREAS Defendant Wachovia Bank, N.A. ("Wachovia") has moved for judgment on the pleadings pursuant to Rule 12(c), F.R.C.P., by Notice of Motion dated July 24, 2008,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above action that Plaintiff shall serve opposition papers in response to the motion on or before August 28, 2008, and Wachovia shall serve reply papers, if any, on or before September 12, 2008.

Dated: New York, New York
       July 25, 2008

MINTZ & GOLD LLP

By: _____
    Terence W. McCormick (TM 2713)

470 Park Avenue South
10th Floor North
New York, New York 10016-6819
(212) 696-4848

*Counsel for Plaintiff*

HUNTON & WILLIAMS LLP

By: _____
    Shawn Patrick Regan
    Patrick L. Robson

200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000

*Attorneys for Defendant*

IT IS SO ORDERED:

_____ 8/11/08
Honorable Laura Taylor Swain, U.S.D.J.