# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ
ALAN KATZ
JEFFREY D. POLLACK
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. McCORMICK
LISABETH HARRISON
MARK S. POMERANTZ
ALEXANDER H. GARDNER
NOREEN E. COSGROVE
PAUL OSTENSEN
RYAN W. LAWLER
NICOLE COVIELLO
HEATH LORINO

470 PARK AVENUE SOUTH
10TH FLOOR NORTH
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

OF COUNSEL

HONORABLE VITO J. TITONE (dec.)
(NY State Court of Appeals 1985-1998)
HARVEY J. HOROWITZ
NEAL M. GOLDMAN
DAVID BREITBART
ERIC M. KUTNER

August 29, 2008

RECEIVED
AUG 29 2008
CHAMBERS OF
ANDREW J. PECK

By Facsimile (212) 805-7933
Hon. Andrew J. Peck, U.S.M.J.
United States Courthouse
500 Pearl St., Room 1370
New York, NY 10007

CDO Plus Master Fund Ltd. v. Wachovia Bank, N.A.,
07 Civ. 11078 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9/2/08

Dear Judge Peck:

We represent CDO Plus Master Fund, the Plaintiff in the above-captioned action. I write to request an adjournment of the discovery conference scheduled for next Friday, September 5, 2008 at 9:30 a.m. Opposing counsel has consented to the proposed adjournment. Apart from a rescheduling of the settlement conference, there have been no prior requests for adjournments.

We respectfully request that the Court reschedule the discovery conference because the parties require additional time to negotiate a compromise regarding the scope of documents to be produced by the Defendant, Wachovia Bank. While counsel have conferred by letter and by telephone over the past few weeks and have exchanged some additional documents, we still have not been able to find a mutually acceptable way to narrow the scope of Wachovia's production. We will need additional time to review the documents recently produced by Wachovia and revisit our dispute with opposing counsel if we wish to obviate further judicial involvement. It is not realistically possible for us to do this by next Friday. I understand that counsel are available from each side on September 10, 11 or 12.

**MEMO ENDORSED** 9/2/08

Conf. adjourned at Pltf's request to 9/10 at 3PM.

SO ORDERED:
Hon. Andrew J. Peck
United States Magistrate Judge

Respectfully submitted,

Terence W. McCormick
Terence W. McCormick

cc: Shawn Patrick Regan, Esq.
Patrick L. Robson, Esq.

**BY FAX**

# MINTZ & GOLD LLP
ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ

JEFFREY D. POLLACK
ALAN KATZ
LISABETH HARRISON
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. McCORMICK
PAUL OSTENSEN
RYAN W. LAWLER
NICOLE A. COVIELLO
HEATH LORING

470 PARK AVENUE SOUTH
10TH FLOOR NORTH
NEW YORK, NEW YORK 10016-6819

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231

www.mintzandgold.com

*OF COUNSEL*
HONORABLE VITO J. TITONE *(dec.)*

(NY State Court of Appeals 1985-1998)
HARVEY J. HOROWITZ
NEAL M. GOLDMAN
DAVID BREITBART
ERIC M. KUTNER

# FACSIMILE TRANSMITTAL

| TO: | Addressee: | Phone: | Fax: |
|---|---|---|---|
| | Hon. Andrew J. Peck, U.S.M.J. | | (212) 805-7933 |
| | Patrick L. Robson, Esq. | | (704) 378-4890 |
| | Shawn Patrick Regan, Esq. | | (212) 309-1100 |
| FROM: | Terence W. McCormick, Esq. | DATE: 8/28/2008 5:26 PM | Pages: 2 |

This facsimile transmission is intended only for the use of the addressee(s) identified above and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any use or dissemination of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. Thank you.

Z:\Vanquish\Main M&G Fax Cover.doc